United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| MONIQUE RIGGS, *et al.*, § § § § § § § § § § | |
| Plaintiffs. | |
| V. | CIVIL ACTION NO. 3:25-cv-00273 |
| OSAMA AL-RIFAI, *et al.*, | |
| Defendants. | |

## ORDER, MEMORANDUM AND RECOMMENDATION

There are several motions pending before me in this civil rights action brought by Monique and Ayania Riggs, proceeding without an attorney.

The first is a motion for leave to file an amended complaint. *See* Dkt. 3. Attached to the motion is a proposed amended complaint. *See id.* at 2–4. That motion is **GRANTED**. The Clerk is ordered to file Dkt. 3 at 2–4 as the operative complaint in this matter.

Plaintiffs' next motion is a motion for the U.S. Marshals to serve the summons and the amended complaint. *See* Dkt. 4. That motion is **GRANTED**. Plaintiffs have already been granted leave to proceed in forma pauperis. *See* Order to Proceed Without Prepaying Fees or Costs, *Riggs v. Al-Rifai*, No. 3:25-mc-00020 (S.D. Tex. Aug. 27, 2025), ECF No. 9. The marshals will make service for Plaintiffs. *See* Fed. R. Civ. P. 4(c)(3). But *Plaintiffs* are "responsible for having the summons and complaint served within [90 days of filing the complaint] and must furnish the necessary copies to the [Clerk's office]." Fed. R. Civ. P. 4(c)(1). Plaintiffs must prepare a summons and furnish copies for *each* Defendant they have named. A summons form, AO 440, can be found at Appendix D to the Guidelines for Litigants Without Lawyers, Southern District of Texas, available at: https://www.txs.uscourts.gov/sites/txs/files/proseguide.pdf.

Next, Plaintiffs have filed a voluntary dismissal of their claims against Billy A Williams, Jr.; Terry Petteway; Dwight D. Sullivan; and David W. Siau II. *See* Dkt. 6. The Clerk is **ORDERED** to terminate these defendants from the docket.

Finally, Plaintiffs have filed an emergency motion for a temporary restraining order ("TRO") or preliminary injunction. *See* Dkt. 7. I recommend that motion be **DENIED WITHOUT PREJUDICE** to refiling.

A TRO is "a highly accelerated and temporary form of preliminary injunctive relief, which may be granted without notice to the opposing party or parties." *Cotton v. Tex. Express Pipeline, LLC*, No. 6:16-cv-453, 2017 WL 2999430, at *1 (W.D. Tex. Jan. 10, 2017) (quotation omitted). A court may issue a TRO without written or oral notice to the adverse party *only* if both of the following requirements are met:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; *and*
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1) (emphasis added).

Plaintiffs do not certify in writing any efforts made to give notice to Defendants or why notice should not be required. Thus, Plaintiffs have not satisfied both requirements for the issuance of an ex parte TRO under Rule 65(b)(1). *See Houston Pilots v. Galveston-Tex. City Pilots*, No. 4:25-CV-1801, 2025 WL 1426554, at *1 (S.D. Tex. Apr. 29, 2025) (collecting cases). Accordingly, Plaintiffs' emergency motion should be denied without prejudice. The court will address Plaintiffs' request for a preliminary injunction once Defendants have been served and given the opportunity to respond.

## CONCLUSION

As discussed above, (1) Plaintiffs' motion for leave to file an amended complaint (Dkt. 3) is granted; (2) Plaintiffs' motion for U.S. marshal service (Dkt. 4) is granted; (3) the Clerk shall terminate Billy A Williams, Jr.; Terry Petteway;

Dwight D. Sullivan; and David W. Siau II as defendants in this litigation; and (4) Plaintiffs' emergency motion for an ex parte TRO (Dkt. 7) should be denied.

The parties have 14 days from service of this Memorandum and Recommendation to file written objections. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error.

## PLAIN LANGUAGE SUMMARY

You have filed several motions in this case. Here is what the court decided:

1. **Amended Complaint**
     - You asked for permission to file an amended complaint.
     - That request is **granted**.
     - The amended complaint will be filed on the court's docket by the Clerk's office.

2. **U.S. Marshal Service**
     - You asked the court to have the U.S. Marshals serve your complaint.
     - That request is **granted**.
     - The Marshals will serve the papers for you.
     - **But you still have responsibilities:**
         - You must prepare a summons for each defendant.
         - You must give the Clerk's office enough copies of the summons, complaint, and the other documents you have filed so far.
         - A blank summons form (AO 440) is available here: https://www.txs.uscourts.gov/sites/txs/files/proseguide.pdf
         - Service must be completed by **Tuesday, November 25, 2025**.
         - You should deliver your summons forms and copies to the Clerk's office as soon as possible so the Marshals have time to serve each defendant.

3. **Voluntary Dismissal of Some Defendants**
     - You dismissed your claims against four defendants:
         - Billy A. Williams, Jr.
         - Terry Petteway
         - Dwight D. Sullivan
         - David W. Siau II
     - The Clerk will remove these individuals from the case.

4. **Emergency Motion for TRO / Preliminary Injunction**
     - I recommend that your request for a TRO be **denied for now**.

- - Your request should be denied because you did not provide written certification about notice to the defendants.
  - You may file again later. The court will consider your request for a preliminary injunction once the defendants have been served and given a chance to respond.

5. **Objections**
   - You have **until Tuesday, September 16, 2025** to file written objections to this document.
   - If you do not object within 14 days, you may lose the right to challenge the court's findings on appeal, except for plain error.

SIGNED this __2nd__ day of September 2025.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE