# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| MONIQUE RIGGS, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-273 |
| | § | |
| OSAMA AL-RIFAI, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 29, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 11. Judge Edison filed an order, memorandum and recommendation on September 2, 2025, recommending that Plaintiffs' emergency motion for an ex parte TRO (Dkt. 7) be denied. Dkt. 12.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's order, memorandum and recommendation (Dkt. 12) is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiffs' emergency motion for an ex parte TRO (Dkt. 7) is denied.

SIGNED on Galveston Island this 22nd day of September 2025.

                                                    JEFFREY VINCENT BROWN
                                                    UNITED STATES DISTRICT JUDGE